## ORDER

PER CURIAM

The appeal is DISMISSED as having been improvidently granted.

154 A.3d 1270

IN RE: Petition of Gregory A. BELUSCHAK and at Least Five (5) Electors of the First Ward of the City of Clairton to Appoint Gregory A. Beluschak, a Registered Elector in and Resident of the First Ward of the City of Clairton, to Fill the Current Vacancy on Clairton City Council for the First Ward of the City of Clairton, Allegheny County, Pennsylvania

Re: Petition of Richard L. Lattanzi, Raymond A. Kurta and Five (5) Electors of the First Ward of the City of Clairton to Appoint Raymond A. ("Tony") Kurta to Fill the Vacancy on Clairton City Council Due to the Passing of Councilman John A. Lattanzi on October 24, 2016

Appeal of: Gregory A. Beluschak

No. 4 WAP 2017

Supreme Court of Pennsylvania.

March 20, 2017

322

**ORDER**

PER CURIAM

AND NOW, this 20th day of March, 2017, this matter is hereby transferred to the Commonwealth Court.